United States District Court
Southern District of Texas
**ENTERED**
December 05, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JEREMY DOUGLAS, (TDCJ-CID #1753274) | § § § | |
| Petitioner, | § | |
| vs. | § | CIVIL ACTION NO. H-16-3283 |
| LORIE DAVIS, | § § | |
| Respondent. | § § | |

## MEMORANDUM AND OPINION

The petitioner, Jeremy Douglas, seeks habeas corpus relief under 28 U.S.C. § 2254. He challenges his conviction in the 252nd Judicial District Court of Jefferson County, Texas.

Under 28 U.S.C. § 2241(d), this court transfers the writ to the district where Douglas was convicted. Section 2241(d) provides:

> Where an application for a writ of habeas corpus is made by a person in custody under the judgment and sentence of a State court of a State which contains two or more Federal judicial districts, the application may be filed in the district court for the district wherein such person is in custody or in the district court for the district within which the State court was held which convicted and sentenced him. . . .

The Clerk is ordered to transfer this application for writ of habeas corpus to the Clerk of the Eastern District of Texas, Beaumont Division.

SIGNED on December 2, 2016, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge